1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13  JENS ERIK SORENSEN, as Trustee of   ) Case No. 09cv1579 BTM CAB
14  SORENSEN RESEARCH AND              )
    DEVELOPMENT TRUST,                 ) **ORDER GRANTING JOINT**
15                                     ) **STIPULATION FOR DISMISSAL**
                         Plaintiff     ) **WITH PREJUDICE**
16       v.                            )
17                                     )
18  DORMAN PRODUCTS, INC., a           )
    Pennsylvania Corporation; and DOES 1 – )
19  100,                               )
20                                     )
                         Defendants.   )
21                                     )
                                       )
22

23
24
25
26
27
28

1 | Pursuant to stipulation by the parties and good cause appearing therefore, the Court hereby grants Plaintiff and Defendants' Joint Stipulation for Dismissal with Prejudice and orders as follows:

    1.    The case shall be dismissed with prejudice.

    2.    Plaintiff and Defendants shall bear their own costs and attorney fees.

**IT IS SO ORDERED.**

Dated: April 30, 2010.

_____
Honorable Barry Ted Moskowitz